DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL PAVING, INC.,**
Appellant,

v.

**ENCO LLC** and **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,**
Appellees.

No. 4D23-0551

[August 10, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE22-012577.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Ryan Abrams of Abrams Law Firm, P.A., Fort Lauderdale, for appellant.

Howard P. Clark III of Robert N. Hartsell, P.A., Pompano Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***